IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR HEWITT,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 12-cv-312 |
| | : | |
| **JAIME LUQUIS,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 27th day of August, 2012, upon consideration of Defendant's Motion to Dismiss Amended Complaint (Doc. No. 6) and Plaintiff's Answer in Opposition thereto (Doc. No. 9), it is hereby **ORDERED** that:

1. The Defendant's Motion to Dismiss is **GRANTED** without prejudice to Plaintiff's right to file an amended complaint; and

2. Plaintiff shall file an amended complaint on or before **Thursday, August 30, 2012,** if he can do so in good faith and in accordance with Rules 8 and 10 of the Federal Rules of Civil Procedure.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL